# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1298
L.T. Case No. 2015-CF-001082-A

_____

WALTER DAY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
William Scott Orth, Judge.

Walter Day, Jasper, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

July 23, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____